Janine P. Reynard
1655 W. Fairview Ave., Ste 209B
Boise, ID 83702
Telephone: (208) 383-4113
janine@reynardtrustee.com

Chapter 7 Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:                                              )
                                                    )
NEGRETE, MIGUEL ALEJANDRO          )        Case No. 13-01096 JDP
NEGRETE, SARAH RENE                      )
                                                    )
                                                    )        Chapter 7
                                                    )
                Debtor(s)                    )

TURNOVER OF FUNDS TO COURT

The Trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1. The following funds represents a disbursement to the debtors that was not claimed within 90 days and is therefore paid to the Court pursuant to 11 U.S.C. § 347(a).

| Creditor | Claims | Check No./Dated | Amount Not Disbursed |
|---|---|---|---|
| Miguel and Sarah Negrete<br>16586 Bayou Way<br>Caldwell ID 83607 | | 501 | $3226.50 |

TOTAL AMOUNT REMITTED: $3226.50

DATED:    February 19, 2014        /s/ Janine P. Reynard
                                                    Janine P. Reynard
                                                    Trustee



FEE PAID
R# 61277